# MINUTE ORDER

Page 3

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6          Date: 8/16/2021    Time: 2:00 p.m.

Defendant: JORGE NOBREGA RODRIGUEZ   J#: 02459-506   Case #: 21-MJ-3590-BECERRA
AUSA: Eli Rubin                      Attorney: Francisco Marty - Temp
Violation: CONSPIRACY TO VIOLATE THE INTERNATIONAL EMERGENCY ECONOMIC POWERS ACT/CONSPIRACY TO COMMIT MONEY LAUNDERING/MONEY LAUNDERING
Surr/Arrest Date: 8/15/2021   YOB: 1965

Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at:                             Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to: ___
☐ Other: ___

Disposition:
- Deft advised of rights
- Mr. Marty filing temp app.
- Brady given
- Deft consents to app by video
- Gvt req PTD re risk
- Prelim/Arraignment date to be set on 8/18

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 8/18   "   "   "
PTD/Bond Hearing: 8/18   10am   Duty   MJA
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 2:12 pm - JB - Zoom - 8-16-2021     Time in Court: 6 mins
42:32
                           s/Jacqueline Becerra
                              Magistrate Judge