# COURT MINUTES

Page 2

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6     Date: 8/18/21     Time: 10:00 a.m.

Defendant: Jorge Nobrega     J#: 02461-506     Case #: 21-3590-Becerra
AUSA: Kurt Lunkenheimer     Attorney: Francisco Marty / Danise Borton - Both Temp
Violation: Consp/Violate IEEPA; Consp/Money Laundering; Money Laundering
Proceeding: Report Re: Counsel/Detention     CJA Appt:
Bond/PTD Held: ☒ Yes ☐ No     Recommended Bond: Ptd
Bond Set at: Detained     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English ✓

Disposition:
*Brady warning already given*
Francisco Marty-Temp. **Prel/Arr date to be set at this hearing**
- Deft consents to app by video
- SA/HSI Elvis Corrales sworn/testified
- Gvt seeks PTD re risk
- Court orders detention re risk of flight
- Gvt submit prop order by COB on 8/19/21

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
(Report RE Counsel): 8/25   10am   Duty   MJA
PTD/Bond Hearing:
(Prelim/Arraign or Removal): 9/1   "   "   "
Status Conference RE:
D.A.R. 10:02am JB Zoom - 8-18-2021    Time in Court: 1 hr

& 10:02:55